## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 12-21804-CIV-ROSENBAUM/SELTZER

DONYS FRANCISCO GONZALEZ and
FREDDY HERNANDEZ GONZALEZ,

     Plaintiffs,

v.

SAN SEBASTIAN CUSTOM
WOODWORK CORP. and
CHRISTIAN TAPIA,

     Defendants.

_____/

### <u>ORDER REGARDING MEDIATION</u>

   This case having been set for mediation on July 23, 2012, pursuant to Rule 16, Fed. R. Civ.

P., and Local Rule 16.2, S.D. Fla., it is **ORDERED AND ADJUDGED** as follows:

1. All parties are required to participate in mediation.  The mediation shall take place at the

  time, date, and location designated in the Order Scheduling Mediation.

2. Plaintiff's counsel, or another attorney agreed upon by all counsel of record and any

  unrepresented parties, shall be responsible for scheduling the mediation conference.

3. Pursuant to Local Rule 16.2(e), S.D. Fla., the appearance of counsel and each party or

  representatives of each party with full authority to enter into a full and complete compromise

  and settlement is mandatory.  If insurance is involved, an adjuster with authority up to the

  policy limits or the most recent demand, whichever is lower, shall attend.

4. All proceedings of the mediation shall be confidential and privileged.

5.  At least fourteen days prior to the mediation date, each party shall present to the mediator a confidential brief written summary of the case identifying issues to be resolved.  The mediator is authorized to grant extensions of time up to the mediation for the parties to file their mediation statements.

6.  The Court may impose sanctions against parties and/or counsel who do not comply with the attendance or settlement authority requirements in this Order, or who otherwise violate the terms of this Order.  The mediator shall report non-attendance and may recommend imposition of sanctions by the Court for non-attendance.

7.  The mediator shall be compensated in accordance with the standing order of the Court entered pursuant to Local Rule 16.2(b)(6), or on such basis as may be agreed to in writing by the parties and the mediator selected by the parties.  The cost of mediation shall be shared equally by the parties unless otherwise ordered by the Court.  All payments shall be remitted to the mediator within forty-five days of the date of the bill.  Notice to the mediator of cancellation or settlement prior to the scheduled mediation conference must be given at least three full business days in advance. Failure to do so will result in imposition of a fee for two hours of mediation.

8.   If a full or partial settlement is reached in this case, counsel shall promptly notify the Court of the settlement in accordance with Local Rule 16.2(f), S.D. Fla., by the filing of a notice of settlement signed by counsel of record within ten days of the mediation conference. Thereafter the parties shall promptly submit an appropriate pleading concluding the case.

9.   Within seven days following the mediation conference, the mediator shall file a Mediation Report indicating whether all required parties were present.  The report shall also indicate

-2-

whether the case settled (in full or in part), was adjourned, or whether the mediator declared an impasse.

10.    If mediation is not conducted, the case may be stricken from the trial calendar, and other sanctions may be imposed.

**DONE and ORDERED** at Fort Lauderdale, Florida, this 4th day of July 2012.

ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

cc: Honorable Barry S. Seltzer
    Counsel of Record